JANET M. HEROLD
Regional Solicitor
CHERYL L. ADAMS (CSBN 208244)
Senior Trial Attorney
United States Department of Labor
Office of the Solicitor
90 7th Street, Suite 3-700
San Francisco, CA 94103
Direct: (415) 625-7759
Facsimile: (415) 625-7772
Email: Adams.Cheryl.L@dol.gov

FILED
2013 AUG 23 P 1:18

Attorneys for Plaintiff, Seth D. Harris, Acting Secretary, U.S. Department of Labor

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NC

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, | C 13 3928 |
| Plaintiff, | Case No.: |
| v. | (COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STNDARDS ACT) |
| BREGY VANCLEVE, an individual; and DISABLED EMPLOYEES REHABILITATION, INC., a corporation, | |
| Defendants. | |

1. Plaintiff, THOMAS E. PEREZ, Secretary of Labor, United States Department of Labor, brings this action to enjoin Defendants BREGY VANCLEVE, an individual; and DISABLED EMPLOYEES REHABILITATION, INC., a corporation, (collectively "Defendants") from violating the provisions of the Fair Labor Standards Act of 1938, as Amended, 29 U.S.C. §§ 201-219, hereinafter called the Act, pursuant to section 17 of the Act, 29 U.S.C. § 217.

2. Jurisdiction: Jurisdiction of this action is conferred upon the Court by sections 16(c) and 17 of the Act, 29 U.S.C. §§ 216(c) and 217, and 28 U.S.C. §§ 1331 and 1345.

3. Venue: Venue lies in the United States District Court, Northern District of California, pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to the claim occurred in San Francisco, San Francisco County, California.

4. Intradistrict Assignment: Assignment of this case should be to the San Francisco Division of the Court as a substantial part of the events giving rise to the claim occurred in San Francisco County, California.

5. (a) Defendant, DISABLED EMPLOYEES REHABILITATION, INC., is and at all times hereinafter mentioned was a corporation with an office and a place of business at 2405 Third St., San Francisco, California 94107, within the jurisdiction of this Court, and is and at all times hereinafter mentioned was engaged in assembly, packaging and fulfillment services for client businesses.

(b) Defendant, BREGY VANCLEVE, an individual, at all times hereinafter mentioned acted directly or indirectly in the interest of the corporate defendant in relation to its employees.

6. Defendant DISABLED EMPLOYEES REHABILITATION, INC. is and at all times hereinafter mentioned was engaged in related activities performed through unified operation or common control for a common business purpose, and is and at all times hereinafter mentioned was an enterprise within the meaning of section 3(r) of the Act, 29 U.S.C. § 203(r).

7. Defendants, at all times material hereto, have employed employees in and about the aforesaid place of business in the State of California in producing, handling, or working on goods, a substantial portion of which were being shipped, delivered, distributed, transmitted or sold to or from places outside the State of California or were being shipped, delivered, distributed, transmitted or sold with knowledge or reason to believe that shipment, delivery, distribution, transmission or sale to or from places outside the State of California was intended. Said employees, by reason of their employment as aforesaid, are engaged in commerce or in the production of goods for commerce within the meaning of the Act. For example, the individuals listed in Exhibit A worked in the State of California with goods, including first aid kits, sold in stores throughout the United States.

8. Defendants have repeatedly violated the provisions of sections 6 and 15(a)(2) of the Act, 29 U.S.C. §§ 206 and 215(a)(2), by paying many of their employees wages at rates less than the applicable federal minimum wage in workweeks when said employees were engaged in commerce and in the production of goods for commerce within the meaning of the Act.

9. During the three-year period immediately preceding the filing of this complaint and thereafter, defendants willfully violated, and continue to violate, the aforesaid provisions of the Act. A judgment which enjoins and restrains such violations is expressly authorized by section 17 of the Act, 29 U.S.C. § 217.

**WHEREFORE**, cause having been shown, plaintiff prays for a judgment against defendants as follows:

(a) For an Order pursuant to section 17 of the Act, 29 U.S.C. § 217, permanently enjoining and restraining defendants, their officers, agents, servants, employees, and those persons in active concert or participation with them from prospectively violating the provisions of section 15 of the Act, 29 U.S.C. § 215; and

(b) For an Order

(1) pursuant to section 16(c) of the Act, 29 U.S.C. § 216(c), finding defendants liable for unpaid minimum wage compensation due defendants' employees and for liquidated damages equal in amount to the unpaid compensation found due Defendants' employees listed in the attached Exhibit A during the three-year period immediately preceding the filing of this complaint and thereafter (additional back wages and liquidated damages may be owed to certain employees presently unknown to plaintiff for the period covered by this complaint); or in the event liquidated damages are not awarded;

(2) pursuant to section 17 of the Act, 29 U.S.C. § 217, enjoining and restraining defendants, their officers, agents, servants, employees and those persons in active concert or participation with defendants, from withholding payment of unpaid back wages found to be due defendants' employees during the three-year period immediately preceding the filing of this complaint and thereafter and pre-judgment interest at an appropriate interest rate; and

(c) For an Order awarding plaintiff the costs of this action; and

(d) For an Order granting such other and further relief as may be necessary or appropriate.

Dated: August 23, 2013

M. PATRICIA SMITH
Solicitor of Labor

JANET M. HEROLD
Regional Solicitor

By: Cheryl L. Adams
CHERYL L. ADAMS
Senior Trial Attorney

UNITED STATES
DEPARTMENT OF LABOR
Attorneys for the Plaintiff

# EXHIBIT A

Hilton R. Chang

Chiu Man Cheung

Dan Giang

Deyi Li

Yu Yan Lowe

Kit-Hung Lau Pang

Yu-Mei Zhou

Kwok Wai-Kuen

Jason G. Liu